

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York  10601*

June 1, 2007



BY HAND

The Honorable Lisa Margaret Smith
Chief United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

      Re:    <u>United States v. German Cuadrado et al.</u>,
              07 Cr. 387

Dear Chief Judge Smith:

      The United States hereby requests that the indictment in the above-captioned case be unsealed.

                           Respectfully Submitted,

                           MICHAEL J. GARCIA
                           United States Attorney

              By:   _____
                         Nola B. Heller
                         Assistant United States Attorney
                         (914) 993-1939

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

SO ORDERED: _/s/ Lisa Margaret Smith_____
                            Hon. Lisa Margaret Smith
                                U.S.M.J.