

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 1, 2008

**MEMO ENDORSED**

Application granted. Conference now scheduled for *April 2, 2008* at *9:00*. Time is excluded under the Speedy Trial Act through *April 2, 2008*.

SO ORDERED. /s/ Charles L. Brieant  U.S.D.J.
Dated: Feb 5, 2008

**BY HAND**

The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Plutarco Angulo-Aguirre et al.</u>
S3 07 Cr. 387 (CLB)

Dear Judge Brieant:

As per Your Honor's order of January 31, 2008, the suppression hearing and next pretrial conference in the above-captioned case have been adjourned from March 20, 2008 until April 2, 2008. The Government respectfully requests that time be excluded under the Speedy Trial Act from March 20, 2008 through April 2, 2008, in advance of the hearing on the defendants' motions, pursuant to Title 18, United States Code, Section 3161(h)(1)(F).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: /s/ Nola B. Heller /RCT
Nola B. Heller
Assistant United States Attorney
(212) 637-2631

cc: Michael Keesee, Esq. (By Fax)          Michael K. Burke, Esq. (By Fax)
    Clinton Calhoun III, Esq. (By Fax)     Paul Rinaldo, Esq. (By Fax)
    Justin Levine, Esq. (By Fax)           George Fufifio, Esq. (By Fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____