

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 1, 2008

**BY HAND**

The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Application granted. Conference now scheduled for _____April 2, 2008_____ at _____.
Time is excluded under the Speedy Trial Act through _____April 2, 2008_____.
SO ORDERED. *Charles L. Brieant* U.S.D.J.
Dated: 2/7

Re:   **United States v. Plutarco Angulo-Aguirre et al.**
      S3 07 Cr. 387 (CLB)

Dear Judge Brieant:

     As per Your Honor's order of January 31, 2008, the suppression hearing and next pretrial conference in the above-captioned case have been adjourned from March 20, 2008 until April 2, 2008. The Government respectfully requests that time be excluded under the Speedy Trial Act from March 20, 2008 through April 2, 2008, in advance of the hearing on the defendants' motions, pursuant to Title 18, United States Code, Section 3161(h)(1)(F).

     Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: *Nola Heller /RCT*
Nola B. Heller
Assistant United States Attorney
(212) 637-2631

cc:   Michael Keesee, Esq. (By Fax)         Michael K. Burke, Esq. (By Fax)
      Clinton Calhoun III, Esq. (By Fax)    Paul Rinaldo, Esq. (By Fax)
      Justin Levine, Esq. (By Fax)          George Fufifio, Esq. (By Fax)