UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

PLUTARCO ANGULO-AGUIRRE,
RAFAEL RODRIGUEZ, ANGEL DIAZ,
VICTOR DIAZ, and JORGE CEDENO,

    Defendants.
----------------------------------------------------------X

07 CR 387

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

    IT IS HEREBY ORDERED that the following defense counsel in the above referenced matter are permitted to bring laptops, printers, and other computer accessories into the court room to assist in the defense of their clients during the duration of the trial:

Samuel M. Braverman, Esq.
Law Office of Sam Braverman
Attorney for Plutarco Angulo Aguirre
901 Sheridan Avenue
Bronx, New York 10451

Paul Rinaldo, Esq.
Grossman & Rinaldo
Attorney for Rafael Rodriguez
108-18 Queens Boulevard, 8th Floor
Forest Hills, New York 11375

George E. Fufidio, Jr., Esq.
Mancuso, Rubin & Fufidio
Attorney for Angel Diaz
1 North Broadway
White Plains, New York 10601

Clinton W. Calhoun, Esq.
Briccetti, Calhoun & Lawrence
Attorney for Jorge Cedeno
81 Main Street
White Plains, New York 10601

Michael K. Burke, Esq.
Burke, Miele & Golden, LLP
Attorney for Victor Diaz
30 Matthews Street, Suite 303A
Post Office Box 216
Goshen, New York 10924

SO ORDERED,

_____
Honorable Colleen McMahon
United States District Judge

Dated: May 16, 2008

Presented by: Samuel M. Braverman, Esq.