AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 5/30/2024

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Plutarco Angulo-Aguirre | ) | Case No: 7:S4 07 CR 387-03 (CM) |
| | ) | USM No: 26954-077 |
| Date of Original Judgment: 05/12/2009 | ) | |
| Date of Previous Amended Judgment: 05/23/2017 | ) | Sam Braverman |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The November 1, 2023, edition of the Guidelines Manual amended the enhancement for committing the instant offense while on a criminal justice sentence at USSG §4A1.1(e) ("status points") and created a reduction in the offense level for zero-point offenders at USSG §4C1.1. Pursuant to §1B1.10, these amendments have been made retroactive.

The defendant does not meet the criteria for a sentencing reduction under either the Status Points or Zero-Point Offender amendments.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 05/29/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Colleen McMahon, U.S.D.J.
*Printed name and title*