IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA )
)  Case No.: 07-cr-387 (CM)
V )
)
PLUTARCO ANGULO-AGUIRRE )

**MEMO ENDORSED**

DEFENDANT'S REQUEST FOR A TEMPORARY STAY

COMES NOW, Plutarco Angulo-Aguirre, proceeding Pro Se, to request for this Court to enter a Temporary Stay of the Proceedings concerning his recent Motion pursuant to 18 USC § 3582(c)(2) (Amendment 821), as he is currently negotiating for representation for same and his chosen attorney needs time to study the case before entering a Supplemental Motion. As such, he requests 30 days for the attorney to prepare.

I Plutarco Angulo-Aguirre, hereby swear under penalty of perjury that the foregoing is both true and accurate, to the best of my knowledge.

Respectfully Submitted, this 5th day of April, 2024

_[signature]_
Plutarco Angulo-Aguirre

**RECEIVED MAY 30 2024 S.D.N.Y.**

Certificate of Service

I, Plutarco Angulo-Aguirre, hereby swear under penalty of perjury that the foregoing was placed in the hands of the USP Atlanta Legal Mail Representative on 9/4/24. and ask the Clerk of Court to notify those listed in the Court's CM/ECF System as having a connection to this case of same.

Respectfully Submitted, this 5th day of April, 2024

_[signature]_
Plutarco Angulo-Aguirre

Copies mailed/faxed/handed to counsel on 6/10/2024

---

6/10/24

Motion to stay denied. The Court denied defendant's motion on May 30, 2024. Defendant is not eligible for a sentencing reduction.