UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

Plutarco Angulo-Aguirre,

Defendant.

07-CR-387-03 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-29-25

ORDER REGARDING DEFENDANT'S MOTION FOR
COMPASSIONATE RELEASE OR REDUCTION OF SENTENCE

McMahon, J.:

Plutarco Angulo-Aguirre has filed a motion asking the Court to grant him compassionate release. (ECF Document 330). Angulo-Aguirre's projected release date is December 30, 2026.

The Government is to respond to the motion within 30 days.

The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Dated: January 29, 2025
New York, New York

COLLEEN McMAHON
United States District Judge